■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL WALKER, Appellant. [652 NYS2d 274] —Judgment, Supreme Court, Bronx County (John Collins, J., at *Huntley* hearing; John Moore, J., at sentencing), rendered September 23, 1994, convicting defendant, upon his guilty plea, of criminal possession of a weapon in the third degree, and sentencing him to a term of $1^1/_2$ to $4^1/_2$ years, unanimously affirmed.

The court properly found that, under the " ' "totality of the circumstances" ' ", defendant's statement was voluntary and therefore admissible (*People v Anderson*, 42 NY2d 35, 39). Defendant acknowledged that he understood his rights and was willing to answer questions. Defendant was alert and coherent during the interview (*see, People v Del Rosario*, 210 AD2d 72, *lv denied* 84 NY2d 1030), despite the injuries he sustained in a car crash. Furthermore, defendant never asked for medication, a doctor, an interpreter, or for the interview to end. The court properly concluded that defendant's physical injuries did not interfere with his making a voluntary statement.

There is no merit to defendant's contention that the integrity of the Grand Jury proceedings was impaired by the presence of a second Assistant District Attorney who was present for observational purposes (*see, People v Molina*, 203 AD2d 486, *lv denied* 87 NY2d 975). Concur—Ellerin, J. P., Wallach, Nardelli, Rubin and Mazzarelli, JJ.